# United States Court of Appeals
## For the First Circuit

Nos. 26-1396
26-1493

NEW ENGLAND SYNOD, Evangelical Lutheran Church in America; GREATER MILWAUKEE SYNOD, Evangelical Lutheran Church in America; SOUTHWEST CALIFORNIA SYNOD, Evangelical Lutheran Church in America; SOUTHWESTERN TEXAS SYNOD, Evangelical Lutheran Church in America; SIERRA PACIFIC SYNOD, Evangelical Lutheran Church in America; SAN FRANCISCO FRIENDS MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; NORTH PACIFIC YEARLY MEETING OF THE RELIGIOUS SOCIETY OF FRIENDS; AMERICAN BAPTIST CHURCHES USA; ALLIANCE OF BAPTISTS; METROPOLITAN COMMUNITY CHURCHES,

Plaintiffs - Appellees/Cross-Appellants,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, Secretary,

Defendants - Appellants/Cross-Appellees.

**ORDER OF COURT**

Entered: August 10, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee/Cross-Appellants Alliance of Baptists, American Baptist Churches USA, Greater Milwaukee Synod, Metropolitan Community Churches, New England Synod, North Pacific Yearly Meeting of the Religious Society of Friends, Pacific Yearly Meeting of the Religious Society of Friends, San Francisco Friends Meeting of the Religious Society of Friends, Sierra Pacific Synod, Southwest California Synod, Southwestern Texas Synod, Alliance of Baptists, American Baptist Churches USA, Greater Milwaukee Synod, Metropolitan Community Churches, New England Synod, North Pacific Yearly Meeting of the Religious Society of Friends, Pacific Yearly Meeting of the Religious Society of Friends, San Francisco Friends Meeting of the Religious Society of Friends, Sierra Pacific Synod, Southwest California Synod and Southwestern Texas Synod to file a brief be enlarged to and including **September 25, 2026**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Andrew Liang Bookbinder
Kevin E. Friedl
Madeleine A. Gates
Sarah Goetz
Ayesha N. Khan
Richard James Leveridge
Brandon Levey
Donald Campbell Lockhart
John Sterling Moore
Sonia W. Murphy
Charles W. Scarborough
Sarah Nicole Smith
Lowell Vernon Sturgill Jr.
Audrey Jordan Wiggins
Kristina A. Wolfe